# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 8, 2003

*Before*

Hon. JOEL M. FLAUM, *Chief Judge*

Hon. HARLINGTON WOOD, Jr., *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff-Appellee,<br><br>Nos. 00-2837, 00-3017, 00-3070,<br>　　　and 00-3514　　　　　v.<br><br>JOSE SOUFFRONT, a/k/a BAM BAM,<br>JORGE MARTINEZ, a/k/a DANNY,<br>GUSTAVO COLON, a/k/a EL MAGNATE,<br>a/k/a BOSS, a/k/a GINO, a/k/a<br>LORD GINO, a/k/a JEFE, and<br>MARISOL COLON, a/k/a MARI,<br>　　　Defendants-Appellants. | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 97 CR 659<br>]<br>] Wayne R. Andersen, Judge.<br>]<br>]<br>]<br>]<br>] |

　　　The opinion issued on August 6, 2003, in the above-entitled case is AMENDED as to the district court case number. The district court case number should be 97 CR 659.